UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. GRAYSON,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

Defendants.

______________________________ /

Case No. 26-11677

F. Kay Behm
U.S. District Judge

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: July 28, 2026

s/ F. Kay Behm
F. Kay Behm
United States District Judge